IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIRECTV INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 11-336-RGA |
| KENNETH HEAPS, | : | |
| Defendant. | : | |

**MEMORANDUM**

The Court thanks counsel for Plaintiff for bringing D.I. 12 to its attention. As the Court stated in its earlier memorandum, it will award attorneys' fees. Upon reflection, and considering that the case against the corporate defendant, but not the individual defendant, has been resolved, which means that the Court would have to apportion the attorneys' fees should it do so now, the Court will wait until the entire case is resolved.

4-3-12
Date

Richard G. Andrews
United States District Judge